IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**PATSY WERNER,**                                          06-CV-600-HU

        **Plaintiff,**                                  ORDER

v.

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

        **Defendant.**


**TIM WILBORN**
Wilborn Law Office, PC
19093 S. Beavercreek Road
PMB #314
Oregon City, OR 97045
(503) 632-1120

        Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**NEIL J. EVANS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

1  - ORDER

**MICHAEL McGAUGHRAN**
Office of the General Counsel
**DAVID M. BLUME**
Social Security Administration
701 Fifth Avenue, Suite 2900
M/S 901
Seattle, WA 98104
(206) 615-2730

       Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#13) on May 11, 2007, in which he recommended the Court affirm the Commissioner's decision denying Plaintiff's application for disability insurance benefits. Plaintiff filed timely objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

    Plaintiff's Objections generally reiterate the arguments contained in her Opening and Reply briefs or merely comment on the evidence. The Court has carefully considered Plaintiff's

2 - ORDER

objections and concludes they do not provide a basis to modify the Findings and Recommendation. This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#13). Accordingly, the Court **AFFIRMS** the Commissioner's decision and **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 30th day of July, 2007.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3  -  ORDER